**Rebekah Pollner, Esq.**
Associate

**Direct Dial/Text:** 516.874.7154
**Fax:** 646.350.1901
rpollner@gerberciano.com

GERBER CIANO KELLY BRADY LLP

**US Mail:**
PO Box 1060
Buffalo, New York 14201

**Visit Us/FedEx/UPS:**
1325 Franklin Avenue, Suite 500
Garden City, New York 11530

October 16, 2026

The parties' request is granted. The conference is adjourned to December 1, 2026 at 11:00 a.m.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 10/19/2026
New York, New York

**VIA ECF**

Honorable Edgardo Ramos
District Judge
United States District Court Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

RE: *Greater New York Mutual Insurance Company v. State National Insurance Company,* Docket No.: 1:25-cv-04847-ER, U.S. District Court Southern District of New York

Dear Honorable Ramos,

This firm represents Greater New York Mutual Insurance Company in the above-referenced matter. The parties are currently scheduled to appear for a conference on October 22, 2026. However, the parties jointly request an adjournment of the conference as we are currently finalizing the terms of a settlement agreement.

We appreciate the Court's consideration of this matter.

Very Truly Yours,

*Rebekah Pollner*

Rebekah Pollner, Esq

cc:

Nancy Portney, Esq
Stewart Smith
300 Four Falls Conference Center, Suite 670
300 Conshohocken State Road
West Conshohocken, PA 19428